1
2
3
4
5
6

7        UNITED STATES DISTRICT COURT
8        CENTRAL DISTRICT OF CALIFORNIA

9

10    UNITED STATES OF AMERICA,          )    Case No.: CR09-297 DSF
                                          )
11                  Plaintiff,            )
                                          )
12        vs.                             )    ORDER OF DETENTION AFTER HEARING
                                          )    [Fed.R.Crim.P. 32.1(a)(6);
13                                        )     18 U.S.C. 3143(a)]
                                          )
14              DUPLESSIS                 )
                  Defendant.              )
15    _____)

16

17

18        The defendant having been arrested in this District pursuant to

19    a warrant issued by the United States District Court for the

20    _____C D CA_____ for alleged violation(s) of the terms and

21    conditions of his/her [probation] [supervised release]; and

22        The Court having conducted a detention hearing pursuant to

23    Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

24        The Court finds that:

25    A.   (✓)  The defendant has not met his/her burden of establishing by

26         clear and convincing evidence that he/she is not likely to flee

27         if released under 18 U.S.C. § 3142(b) or (c).  This finding is

28         based on _no evidence by Δ; no bail resources; nature of charges_

and/or

B.   ( ✓   The defendant has not met his/her burden of establishing by
clear and convincing evidence that he/she is not likely to pose
a danger to the safety of any other person or the community if
released under 18 U.S.C. § 3142(b) or (c).  This finding is based
on: no evidence by Δ; nature of charges

     IT THEREFORE IS ORDERED that the defendant be detained pending
the further revocation proceedings.

Dated:   12/5/14

                                        Ralph Zarefsky
                                   RALPH ZAREFSKY
                                   UNITES STATES MAGISTRATE JUDGE