O

FILED-SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAR 16 2017

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> David Duplessis <br><br> Defendant. | Case No.: 2 09-CR-00297-DSF <br><br> ORDER OF DETENTION AFTER HEARING <br> [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |

   The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the  Central Dist. of CA   , for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

   The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

   The Court finds that:

A.   (✓) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on  continued substance abuse, lack of amenability to supervision

B. (✓) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _drug abuse; criminal history_

and/or

IT THEREFORE IS ORDERED that the defendant be detained pending further revocation proceedings.

DATED: 3/16/17

~~ROBERT N. BLOCK~~ KAREN E. SCOTT
UNITED STATES MAGISTRATE JUDGE